Steven G. Rosales
Attorney at Law: 222224
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel: (562)868-5886
Fax: (562)868-5491
E-Mail: rohlfing.office@rohlfinglaw.com
Attorneys for Plaintiff
JOSE A. RODRIGUEZ

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE A. RODRIGUEZ,<br><br>           Plaintiff,<br>v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security.<br><br>           Defendant. | Case No.: 1:14-cv-00014-GSA<br><br>STIPULATION AND ORDER FOR EXTENSION OF TIME TO SERVE SUMMONS, COMPLAINT AND OTHER DOCUMENTS |

TO THE HONORABLE GARY S. AUSTIN, UNITED STATES DISTRICT COURT, MAGISTRATE JUDGE OF THE DISTRICT COURT:

The parties, by and through their respective counsel, hereby stipulate, subject to the Court's approval, that the deadline in which Plaintiff must serve the summons, complaint and other documents in accordance with paragraph 1 of the Court's Scheduling Order, shall be extended to July 11, 2014, and that all subsequent deadlines set forth in the Scheduling Order shall be extended accordingly.

Counsel for plaintiff has caused the need for this extension request. Although counsel for plaintiff did attempt to comply with paragraph 1 of the Scheduling Order in good faith (See, Docket No. 6 , Summons Returned Executed) counsel for plaintiff made the mistake of mailing the Summons and Complaint to

-1-

the incorrect Office of Regional Counsel and United States Attorney's Office.  See Docket No. 6 page 4.  This caused the confusion that led to this delay. Counsel for plaintiff apologizes to the Court and to all those involved for this oversight. The parties respectfully request that the Court grant this extension request for the proper briefing of this claim.

DATE: July 10, 2014			Respectfully submitted,

					LAWRENCE D. ROHLFING

					/s/ *Steven G. Rosales*

				BY: _____
					Steven G. Rosales
					Attorney for plaintiff Mr. Jose A. Rodriguez

DATE:  July 10, 2014			BENJAMIN WAGNER.
					United States Attorney


					/s/ *Peter Thompson*

				BY: _____
					Peter Thompson
					Special Assistant United States Attorney
					Attorneys for defendant Carolyn W. Colvin
					(*authorized by e-mail)

### ORDER

Based on the parties' stipulation set forth above and in light of the proof of service filed Plaintiff at Docs. 10 and 11, the deadline for Plaintiff to serve the Defendant is hereby extended to July 11, 2014 nunc pro tunc.

IT IS SO ORDERED.

   Dated:   **July 17, 2014**		_____**/s/ Gary S. Austin**_____
					UNITED STATES MAGISTRATE JUDGE