Steven G. Rosales
Attorney at Law: 222224
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-5491
E-mail _steven_rohlfing.office@speakeasy.net

Attorneys for Plaintiff JOSE A. RODRIGUEZ

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE A. RODRIGUEZ, | Case No.: 1:14-CV-00014-GSA |
| Plaintiff, | STIPULATION TO EXTEND BRIEFING SCHEDULE; ORDER |
| vs. | |
| CAROLYN COLVIN, Acting Commissioner of Social Security, | |
| Defendant | |

TO THE HONORABLE GARY S. AUSTIN, MAGISTRATE JUDGE OF THE DISTRICT COURT:

Plaintiff Jose A. Rodriguez ("Plaintiff") and defendant Carolyn Colvin, Acting Commissioner of Social Security ("Defendant"), through their undersigned counsel of record, hereby stipulate, subject to the approval of the Court, to extend the time for Plaintiff to file Plaintiff's Opening Brief to April 3, 2015; and that Defendant shall have until May 4, 2015, to file his opposition.  Any reply by plaintiff will be due May 19, 2015.

1  An extension of time for plaintiff is needed in order to properly address the
2  issues within the administrative record in this matter.  Counsel sincerely apologizes
3  to the court for any inconvenience this may have had upon it or its staff.

4  DATE: February 6, 2015         Respectfully submitted,

5                                 LAW OFFICES OF LAWRENCE D. ROHLFING

6                                         /s/ *Steven G. Rosales*
                                   BY: _____
7                                  Steven G. Rosales
                                   Attorney for plaintiff JOSE A. RODRIGUEZ
8

9  DATED:  February 6, 2015        BENJAMIN WAGNER
                                   United States Attorney
10

11

12                                 */S/- Sundeep Patel

13                                 _____
                                   Sundeep Patel
14                                 Special Assistant United States Attorney
                                   Attorney for Defendant
15                                 [*Via email authorization]

16

17

18  IT IS SO ORDERED.

19      Dated:  **February 12, 2015**            **/s/ Gary S. Austin**
                                              UNITED STATES MAGISTRATE JUDGE
20

21

22

23

24

25

26

**Order**

Based on the above stipulation, Plaintiff may have an extension of time to file his Opening Brief. Plaintiff's Opening Brief shall be filed on or before April 3, 2015. Defendant's opposition shall be filed on or before May 4, 2015 and any reply by Plaintiff shall be filed on or before May 19, 2015.