Steven G. Rosales
Attorney at Law: 222224
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-5491
E-mail _steven_rohlfing.office@speakeasy.net

Attorneys for Plaintiff JOSE A. RODRIGUEZ

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE A. RODRIGUEZ,<br><br>    Plaintiff,<br><br>    vs.<br><br>CAROLYN COLVIN, Acting Commissioner of Social Security,<br><br>    Defendant | Case No.: 1:14-CV-00014-GSA<br><br>STIPULATION TO EXTEND BRIEFING SCHEDULE; ORDER |

TO THE HONORABLE GARY S. AUSTIN, MAGISTRATE JUDGE OF THE DISTRICT COURT:

Plaintiff Jose A. Rodriguez ("Plaintiff") and defendant Carolyn Colvin, Acting Commissioner of Social Security ("Defendant"), through their undersigned counsel of record, hereby stipulate, subject to the approval of the Court, to extend the time for Plaintiff to file Plaintiff's Opening Brief to May 22, 2015; and that Defendant shall have until June 22, 2015, to file his opposition. Any reply by plaintiff will be due July 7, 2015.

A second extension of time is needed because Plaintiff's Counsel's Spouse undergoes chemotherapy treatment for her Stage IV breast cancer which metastasized initially to her liver and continues to progress there and in her lungs, throat, and spine which required recent hospitalization to treat.  Counsel requires the additional time to file the Joint Stipulation to allow him to devote the appropriate time to assist his Spouse and his two elementary school aged children through this obviously stressful experience.  Counsel sincerely apologizes to the court for any inconvenience this may have had upon it or its staff. This request is made at the request of Plaintiff's counsel to allow additional time to fully research the issues presented.

DATE: April 7, 2015			Respectfully submitted,

					LAW OFFICES OF LAWRENCE D. ROHLFING

					          /s/ *Steven G. Rosales*
					BY: _____
					Steven G. Rosales
					Attorney for plaintiff JOSE A. RODRIGUEZ

DATED:  April 7, 2015			BENJAMIN WAGNER
					United States Attorney


					*/S/- Sundeep Patel

					_____
					Sundeep Patel
					Special Assistant United States Attorney
					Attorney for Defendant
					[*Via email authorization]

# ORDER

Based on the above stipulation, IT IS HEREBY ORDERED that plaintiff may have an extension of time, up to and including May 22, 2015, to file his Opening Brief. Defendant shall file her opposition by June 22, 2015. Any reply by plaintiff will be due July 7, 2015.

IT IS SO ORDERED.

Dated: __**April 9, 2015**__                              __/s/ Gary S. Austin__
                                                                    UNITED STATES MAGISTRATE JUDGE