Steven G. Rosales
Attorney at Law: 222224
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-5491
E-mail _steven_rohlfing.office@speakeasy.net

Attorneys for Plaintiff JOSE A. RODRIGUEZ

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE A. RODRIGUEZ, | ) Case No.: 1:14-cv-00014-GSA |
| Plaintiff, | ) STIPULATION TO MODIFY<br>) BRIEFING SCHEDULE; ORDER |
| vs. | ) |
| CAROLYN COLVIN, Acting Commissioner of Social Security, | ) |
| Defendant | ) |

TO THE HONORABLE GARY S. AUSTIN, MAGISTRATE JUDGE OF THE DISTRICT COURT:

Plaintiff Jose A. Rodriguez ("Plaintiff") and defendant Carolyn Colvin, Acting Commissioner of Social Security ("Defendant"), through their undersigned counsel of record, hereby stipulate, subject to the approval of the Court, to extend the time for Plaintiff to file Plaintiff's Opening Brief to May 28, 2015; and that Defendant shall have until June 29, 2015, to file his opposition.  Any reply by plaintiff will continue to be due July 7, 2015.

-1-

1  A final extension of time is needed by Plaintiff's counsel to allow additional
2 time to fully research the issues presented.  Counsel notes that the modified
3 briefing schedule continues to require any reply brief to be filed by the same July 7,
4 2015 date as previously set by this Court.  Consequently, the modification results in
5 a reduction of time for Counsel to prepare any reply and does not extend the time for
6 this matter to be submitted to the Court for decision.  Counsel sincerely apologizes
7 to the court for any inconvenience this may have had upon it or its staff.

8  DATE: May 28, 2015       Respectfully submitted,

9                           LAW OFFICES OF LAWRENCE D. ROHLFING

10                               /s/ *Steven G. Rosales*
                            BY: _____
11                          Steven G. Rosales
                            Attorney for plaintiff JOSE A. RODRIGUEZ
12

13 DATED:  May 28, 2015      BENJAMIN WAGNER
                            United States Attorney
14

15

16                          */S/- Sundeep Patel

17                          _____
                            Sundeep Patel
18                          Special Assistant United States Attorney
19                          Attorney for Defendant
                            [*Via email authorization]
20

21

22

23

24

25

26

-2-

# ORDER

Based on the above stipulation, Plaintiff may have an extension of time to file his Opening Brief. Plaintiff's Opening Brief, which was filed on May 28, 2015, is deemed timely filed. Defendant shall file her opposition brief on or before June 29, 2015. Any reply by plaintiff will continue to be due by July 7, 2015.

IT IS SO ORDERED.

Dated:   **May 28, 2015**               /s/ Gary S. Austin
                                        UNITED STATES MAGISTRATE JUDGE